IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jeffery W. Calhoun #532269
_____
Full name and prison number
of plaintiff(s)

v.

Sgt. William Banks
Ofc. Ray Arnold
Ofc. Christopher Watson
Ofc. Bradley Cain
Ofc. Danny Smith
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07cv455-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            N/A

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Houston Co. Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt. William Banks | Dothan PD Dothan, AL 36301 |
| 2. | Ofc. Ray Arnold | "   "   "   "   " |
| 3. | Ofc. Danny Smith | "   "   "   "   " |
| 4. | Ofc. Bradley Cain | "   "   "   "   " |
| 5. | Ofc. Christopher Watson | "   "   "   "   " |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _10-9-06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Police Brutality_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

The officer's hit me with four Different Tager gun's at the Same time, Cursing and abusing me. Oct 9, 06 Approx. 4:15-A.M. at A/C Auto Repair 1350 Fountain St. Dothan, AL. 36303. I was shot in the Head and Heart Area.

**GROUND TWO:** Cruel and Unusual Punishment

**SUPPORTING FACTS:** They Continued to tage me even after I was Hand-Cuffed. Inside of this is The Building for Approx 30 min. With the Tagger's Still inserted in me. They Put me in the Back of the Patrol Car and taged me again Poking me in the Rib's with a Stick.

**GROUND THREE:** Intentional Infliction of Pain & Suffering.

**SUPPORTING FACTS:** The officer's were mad because I wouldn't give them a Name of who was with me, in their illegal Interrogation. They Continued to tage me and Stick me in the Rib's with this Stick.

**Ground Four:** Deliberate Indifference towards Detainee's medical needs, not being treated by qualified Physician, or Paramedic.

**Supporting Facts:** I was bleeding Very bad from the Head and Heart Area, where two of the tagger's hit me, and they Refused me medical attention and a Body Chart.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I want Criminal Charges brought against officers, and Punitative Damages to Pay for my Nervaris Damaged Remantly, and much lost! and to Payed for the Suffering and Pain I'm still in!*

*Jeffery W. Calhoun*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *May 16, 2007*
(Date)

*Jeffery W. Calhoun*
Signature of plaintiff(s)

5/17/07
My Commission Expires 8-7-2007

*[notary signature]*

4

Jeffery W. Calhoun #530cf-J-pd
301 E. Main Street
Dothan, AL. 36301

Legal Mail

Office of the Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery AL. 36101-0711