AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Jeffery W. Calhoun
Plaintiff

v.

Dothan City Police
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07cv455-MEF

RECEIVED
2007 MAY 22 A 9:47
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

I, _Jeffery W. Calhoun_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _Houston County Jail_
   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Sept. 06 $225 weekly Able Body Temp Service, Reeves St. Dothan, AL._

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _I've got $20.00 from my fiancée here and there, but none in the last 3-months._

showing all receipts, expenditures, and balances during the last six months in your ____
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *My Fiancee, and our Son!*

I declare under penalty of perjury that the above information is true and correct.

_May 16, 2007_                _Jeffery W. Calhoun_
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5/17/07
My Commission Expires 8-7-2007

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 MAY 22
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jeffery W. Calhoun )
_____ )
_____ )
_____ )
       Plaintiff(s)   )
                      )
         v.           )
                      )     1:07cv455-MEF
St. William Bank's    )
ofc: Roe Arnold       )
ofc: Christopher Watson )
ofc: Bradly Cain      )
ofc. Danny Smith  Defendant(s) )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __Jeffery W. Calhoun__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Jeffery W. Calhoun__
Plaintiff(s) signature

```
                         HOUSTON COUNTY JAIL
=================================================================
                         Resident Account Summary
                      Thursday, May 17, 2007  @15:22
=================================================================
For CIN: 53064    CALHOUN, JEFFERY
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 05/16/2007 | MEDCO | LPN051507 | 5.00 | 0.00 | 5.81 | 0.00 | |
| 05/04/2007 | MEDCO | TYL | 0.50 | 0.00 | 0.81 | 0.00 | |
| 05/04/2007 | <MEDCO> | TYL | -0.19 | 0.00 | 0.31 | 0.00 | |
| 05/04/2007 | MEDCO | TYL | 0.50 | 0.19 | 0.50 | 0.00 | |
| 02/14/2007 | EPR | OID:100042903-ComisaryPur | -19.85 | 0.19 | 0.00 | 0.00 | |
| 02/11/2007 | DEPMO | 08599287645 | 20.00 | 20.04 | 0.00 | 0.00 | |
| 01/24/2007 | EPR | OID:100042297-ComisaryPur | -20.90 | 0.04 | 0.00 | 0.00 | |
| 01/23/2007 | DEPMO | 08-584870528 | 20.00 | 20.94 | 0.00 | 0.00 | |
| 01/17/2007 | EPR | OID:100042099-ComisaryPur | -4.56 | 0.94 | 0.00 | 0.00 | |
| 01/08/2007 | <PHONE> | 1655405617 | -10.00 | 5.50 | 0.00 | 0.00 | |
| 01/08/2007 | PHONE | 1655405617 | 10.00 | 15.50 | 10.00 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2007 | -0.50 | 15.50 | 0.00 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -0.50 | 16.00 | 0.50 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -0.50 | 16.50 | 1.00 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -2.00 | 17.00 | 1.50 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -5.00 | 19.00 | 3.50 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -0.50 | 24.00 | 8.50 | 0.00 | |
| 01/07/2007 | <MEDCO> | Payment for MEDCO on 2006 | -0.50 | 24.50 | 9.00 | 0.00 | |
| 01/07/2007 | DEPMO | 08557770269 | 25.00 | 25.00 | 9.50 | 0.00 | |
| 01/05/2007 | MEDCO | TYL | 0.50 | 0.00 | 9.50 | 0.00 | |
| 12/31/2006 | MEDCO | TYL | 0.50 | 0.00 | 9.00 | 0.00 | |
| 12/10/2006 | MEDCO | LAB NO CHARGE 112106 | 0.00 | 0.00 | 8.50 | 0.00 | |
| 12/08/2006 | MEDCO | FU TB NO CHARGE 112906 | 0.00 | 0.00 | 8.50 | 0.00 | |
| 11/29/2006 | MEDCO | TYL | 0.50 | 0.00 | 8.50 | 0.00 | |
| 11/21/2006 | MEDCO | EARPLUGS103006 | 2.00 | 0.00 | 8.00 | 0.00 | |
| 11/10/2006 | MEDCO | LPN101806 | 5.00 | 0.00 | 6.00 | 0.00 | |
| 10/27/2006 | MEDCO | TYL | 0.50 | 0.00 | 1.00 | 0.00 | |
| 10/15/2006 | MEDCO | ANT | 0.50 | 0.00 | 0.50 | 0.00 | |
| 10/12/2006 | PROPERTY | VOID-LOST TOWEL | -2.00 | 0.00 | 0.00 | 0.00 | |
| 10/11/2006 | PROPERTY | LOST TOWEL | 2.00 | 0.00 | 2.00 | 0.00 | |
| 10/11/2006 | DEPCASH | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |