**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ray Arnold, Officer
Houston County Jail
901 E. Main Street
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tracy Walker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _Tracy Walker_   C. Date of Delivery 5/25/0?

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07cv455
proceed
→ CMP

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 1253

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540