**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Donny Smith, Officer
Houston County Jail
901 E. Main Street
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /Tracy Walk/  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tracy Walker
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv455
Pod Camp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1805

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540