**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Watson, Officer
Houston County Jail
901 E. Main Street
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tracy Walker*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*Tracy Walker*    5/25/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

7cv455
PO+CMP

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 2962 1782

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540