IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUL - 3 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| JEFFERY W. CALHOUN, #53064, ) ) PLAINTIFF, ) ) v. ) ) SGT. WILLIAM BANKS; ) RAY ARNOLD; OFFICER ) CHRISTOPHER WATSON; ) OFFICER BRADLEY CAIN; ) AND, SGT. DONNY SMITH, ) ) DEFENDANTS. ) | CIVIL ACTION 1:07CV455-MEF |

## NOTICE OF FILING

TO:  Hon. Deborah P. Hackett
     Clerk of Court
     United States District Court
     One Church Street
     Montgomery, AL 36104

Please take notice that the following has been filed on behalf of the Defendants:

Exhibit "E" to Defendants' Special Report (Booking video).

Dated this 3rd day of July, 2007.

                                                        _____
                                                        Joe E. Herring, Jr. (HER038)
                                                        Assistant City Attorney
                                                        P.O. Box 2128
                                                        Dothan, AL 36302
                                                        (334) 615-3130

## CERTIFICATE OF SERVICE

I do hereby certify that on July 3, 2007, I have this day served a copy of the above and foregoing document by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed to the Plaintiff, to-wit:

Jeffery W. Calhoun #53064 – J-Pod
Houston County Jail
901 East Main Street
Dothan, AL 36301

                                                        _____
                                                        Of Counsel

EXHIBIT E

VIDEO CD

MAINTAINED IN ENVELOPE IN CASE FILE.