1-

Mrs. Susan R. Walker;   RECEIVED   July 13, 2007

Concerning your letter mailed on are about July 2, 2007 Case # 1:07CV455 MEF Jeffery W. Calhoun Vs. William Banks of Dothan Police Dept. If you will look Back into the Record you will find that in the Statements of The officer's from Dothan Police Dept. Made. That they Sent you 3 Inmate Request form's, and said under oath that there were not Anymore, which I'm Sending Request Slips Dated Back to the Month of My Arrest to Prove Different; Fact # 1 The officer's lied under oath, The Fact of Purjury, Read Statement's and Read Request I'm sending you. Fact # 2 look at the Photo's on the left side of my Face. you will see a Dark spot in the Corner of my left eye area. That's were the Prong hit me between there and left temple. There are two Prong hole's there smaller than the letter I. Like the others holes I have from the others Tazzer Gun's to Prove there lying again, about how many tazzer gun's were used. I have a Shirt and Pants with Tazzer Gun holes With D.N.A. Blood Stain's that will Match the holes in My Body to Prove there lying. But they will not Release them to me to Send to you. I've tried for two week's.

"Cont." 1 of 2

P-2

The Sheriff: Andy Hughes, and Comm.: Keith Reed use to work with these officers at Dothan Police Dept. Therefore he's told his officer's here at the County, not to give me anything, and threatened if I wrote another Request that I would Recieve a write-up and go to Seg. Lock-up. Therefore that's a Act of Conspiracy, on these two officials. Also My wife has been in a round about way treated by D.P.D. official's she now want write a Statement because she's on a Pre-trail Diversion Sentence. I Also have witnesses that saw and heard me ask for Medical Attention at Tutwiler Women's Prison. But they want give me information on that.

The only other Comments I have, is that I Demand Justice, and that this legal matter will be Justified. These officer's will not go around Violating there Badges and get away with it! So either you Can help me, or I will find Somebody who Can, but this Corruption will not be tolerated. I live with Pain everyday because of there Police Brutality.

Thank you for your time
Sincerely
Jeffery W. Calhoun

My Commission Expires 8-7-2007
7-16-07
[signature] E.W.

I have nothing more to say on this Statement, and or affidavit.

_Jeffery Calhoun_
Jeffery CALHOUN

P..t I swear the above to be **true** on the Date of July 15, 2007.

Sworn to and Subscribed before me this 16 Day of July 2007

_____
NoTARY Public

My Commission Expires 8-7-2007

My Commission Expires

I've got 23 Inmate Request, Containing To This Case, Why Did The Dothan Police Dept. Lie And Say There Only were 3. Check File And Dates. Also 1-Grievance form.

If They didn't Know They were Guilty, They Would Not Be Trying To Hide Evidence Or Lie.
(Bottom Line)
Fact is, Fact!
"Cont!" OVER →

**INMATE REQUEST FORM**

Date: 10-11-06
To: Mrs. Read
From: Jeffery W. Calhoun
INMATES #: 53064-D-Pod
C/O SIGNATURE: [signature]
SR C/O SIGNATURE:

NATURE OF REQUEST: I need for you to Contact my Attorney. Shaun McGee 702-1944 and tell him I need to Speak with As soon as Possible.

Jeffery W. Calhoun

ACTION TAKEN:

---

**INMATE REQUEST FORM**

Date: 11-15-06
To: Sgt. Reynolds
From: Jeffery W. Calhoun
INMATES #: 53064 G-Pod
C/O SIGNATURE: Sapp
SR C/O SIGNATURE:

NATURE OF REQUEST: The Commander Told me To Write A Request To get a phone Call To My Lawyer Because He want Contact me. So Since We're Just going To Play Games back and forth. Just Forget The Lawyer. I HAVE A ACCTIVE LAWSUIT Against D.P.D. And Officer's Arrest Report. I Need The FEDERAL MARSHALL's Called And I Need To Speak with Them. OR A Address. Thank you!

Jeffery W. Calhoun

ACTION TAKEN:

## INMATE REQUEST FORM

Date: 10-17-06
To: Medical
From: Jeffery W. Calhoun

INMATES #: 53064-O-Pod
C/O SIGNATURE: Beasley
SR C/O SIGNATURE: _____

NATURE OF REQUEST: I'm writing Requesting the Ear-Plugs that you told me to Request when I came up there for Medical. Thank you!
Jeffery W. Calhoun

ACTION TAKEN: _____

---

## INMATE REQUEST FORM

Date: 10-23-06
To: Docket
From: Jeffery W. Calhoun

INMATES #: 53064-G-Pod
C/O SIGNATURE: _____
SR C/O SIGNATURE: _____

NATURE OF REQUEST: I need for you to Call my Lawyer and tell him he needs to Come talk with me, and Bring a Camera to take a Picture of my Face where the Taggr Gun Hit me a ½ From my Temple which is Attempted Murder. So right now my Lawyer is obstructing justice by not gathering

ACTION TAKEN: evidence. Phone# 702-1744 Shawn McGhee

**INMATE REQUEST FORM**

Date: 10-27-06
To: Medical - All who it may Concern.
From: Jeffery W. Calhoun
INMATES #: 53064-G-Pod
C/O SIGNATURE: Stopper
SR C/O SIGNATURE: _____

NATURE OF REQUEST: I'm Requesting to see a Doctor, For my Ear, and a Body-Chart Showing all Damage from tazzer guns. I also need my Attorney to Be Contacted and be Present For these things. I asked O.P.D. For a Body-Chart the Night I Came all Bloody and they Refused. There's Something just ain't Right about all this.

ACTION TAKEN: Shawn McGee - 702-1744 - Attorney

---

**INMATE REQUEST FORM**

Date: 10-30-06
To: Docket - (Urgent)
From: Jeffery W. Calhoun
INMATES #: 53064-G-Pod 691
C/O SIGNATURE: Phillips
SR C/O SIGNATURE: _____

NATURE OF REQUEST: I need to Call my Attorney A.S.A.P. See whats already, I went to the Clinic. And was told - I Can't get know body-chart are thru Medical) (For my busted ear, done from D.P.D. Tazzer Gun's - I was shot inside the Head) Until I Speak to my Lawyer. Shawn McGee 702-1744
(My! Please get some Help Here!)

ACTION TAKEN: _____

Copy Please

# INMATE GRIEVANCE FORM

DATE: 10-27-06, 2006    POD/CELL LOCATION: G-9

INMATE NAME: Jeffery W. Calhoun    INMATE NUMBER: 53064

NATURE OF GRIEVANCE OR INFORMATION: I was refuse Medical attention. Because I didn't have any money on the books. I say tell the Story this bones I wrote the Request. So tell the nurse, and did charge against my books funds. I got Some money in can Kason, because I'll get nothing from them, but a run around. So you need to take me to a Emergency Room where I can get me Some Help. And a body chart where I was tazed in my head, & temple on that side. Because my ear don't work anymore.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I Want a Body-Chart where I was tazed in my head the night I got arrested. where I told them here at the clinic it sounded like a explosive went off in my head. (2) I don't think I should be charged for the trip to the clinic here because I told them I didn't have money for the meds. And I didn't get know Help. (3) I need to see a Real Doctor. And find out why my ear don't work anymore. And a copy of the Request answer for the pleas. A copy of this Form's answer. And I need my Attorney Contacted to make sure the body-chart Show all the tazer marks, to my

OFFICER RESPONSE OR FINDING: head and body. Because there's something wrong with this picture. and everybody think it's scary I guess to be shot Attorney # SHAWN McGee # 102-1744

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

**INMATE REQUEST FORM**

Date: Nov 1, 2006
INMATES #: 53064-G-Pod
To: Mrs Reaves - Mail Room
C/O SIGNATURE: [signature]
From: Jeffery W. Calhoun
SR C/O SIGNATURE:

NATURE OF REQUEST: I need to speak with you on a legal matter. And see if you could bring me a copy of that legal letter from Mrs. Brackin.
Thank you for your time and consideration!
Jeffery W. Calhoun

ACTION TAKEN:

Southeastern Printers / Form #5135 / Rev 3-98

---

**INMATE REQUEST FORM**

Date: Nov. 7, 2006
INMATES #: 53064-G-Pod
To: Sgt on Duty
C/O SIGNATURE: [signature]
From: Jeffery W. Calhoun
SR C/O SIGNATURE:

NATURE OF REQUEST: I need to have a legal meeting between my Common-Law wife Robin K. Brackin and myself. Concerning a Law Suit on Dothan Police Dept. I know I would have to have a Authorized Person or officer present. That's why I'm writing this request. We have to fill out the paper work, and send it back to U.S. District Court in Montgomery, Al.
Thank you!
Jeffery W. Calhoun

ACTION TAKEN:

USBPi Reorder # 12055 (8/06)

**INMATE REQUEST FORM**

Date: 11-10-06
INMATES #: 53064-G-Pod
To: To Whom it May Concern
C/O SIGNATURE: [signature]
From: Jeffery W. Calhoun
SR C/O SIGNATURE:

NATURE OF REQUEST: I need the following Address: (Urgently)
1- Federal Marshall's Headquarters
2- Internal Affair's Office
3- W.T.V.Y. News Ch-4
4- W.D.H.N. News Ch-18
This Has Nothing to do with the County. Somebody Has to Stop the Corruption In Dothan P.D. I NEED A Restraining Order

ACTION TAKEN: 5- Alabama State Bar Assco.
Thank you.
Jeffery W. Calhoun

---

**INMATE REQUEST FORM**

Date: 11-13-06
INMATES #: 53064-G-Pod
To: W.B. McCarty C.M.D.R.
C/O SIGNATURE: [signature]
From: Jeffery W. Calhoun
SR C/O SIGNATURE:

NATURE OF REQUEST: I need to Speak with you, about what we discussed the other day, and I need a Copy of My Arrest report and also a copy of My Wijia. If you could Please, Send a Phone Call to my Attorney: Shawn McGee. Wife's Name: Robin K. Boackins. Thank you. Jeffery W. Calhoun

ACTION TAKEN:

**INMATE REQUEST FORM**

Date: 11-14-2006
To: Mrs. Read
From: Jeffery W. Calhoun
INMATES # 53064-G-Pod
C/O SIGNATURE: [signature]
SR C/O SIGNATURE: ___

NATURE OF REQUEST: Cmmi McCarty. Said to write you and get you to Contact Shawn McGee, Me and Robin's both got him for a Attorney: And let him know we are I; send a Copy of our Arrest Reports to fill out law suit. ~~Papers~~.
Thank you. Jeffery W. Calhoun

ACTION TAKEN ___

---

**INMATE REQUEST FORM**

Date: 11-17-2006
To: W.B. McCarty = Commander
From: Jeffery W. Calhoun
INMATES # 53064-G-Pod
C/O SIGNATURE: Mems
SR C/O SIGNATURE: ___

NATURE OF REQUEST: Did you find out anything about, Me and my (Wife's) Conference to do our legal work on the law-Suit. I wrote to Mrs. Read, but Sgt. Buckman, intercepted the Request. He Savage won't write back. I need to make a legal Call, and also contact the Federail Marshall's office. where I can get Some

ACTION TAKEN: legal Help. and Justice. I need my Arrest Reports and Authorization to make the legal Call's (Please).
Thank you!
Jeffery W. Calhoun

B-Pod

## INMATE REQUEST FORM

Date: 1-29-07

INMATES # 53064-

To: W.B. McCarty Comm:

C/O SIGNATURE _____

From: Jeffery Calhoun

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I have perminant Damage to my Hands from being shot with tazze gun. The Medical Can't do nothing to get loos my damage. My other muscle in my hand is Deteating now and losing strenght. I need you to Call Shawn McGhee for me and tell him I need to see him Immaidately. I NEET to see

**ACTION TAKEN** a Nurve Specialist now! Thank you!

Jeffery Calhoun

---

G-Pod

## INMATE REQUEST FORM

Date: 5-3-2007

INMATES # 53064 - G-Pod

To: Officer in Cube

C/O SIGNATURE _____

From: Jeffery Calhoun

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I need a Copy of the Grievance Form that was wrote on monday Consering not giving me Medical attention where your (Sgt.) told me to Vailate the Rules, which is Rule # E on Pg 9. I need a Grievance form at this time Thank you!

**ACTION TAKEN** _____

Jeffery Calhoun

J-Bo-Calhoun

**INMATE REQUEST FORM**

Date: 5-10-2007
INMATES #: 53064-J-Bo1
To: Medical
C/O SIGNATURE: [signature]
From: Jeffery Calhoun
SR C/O SIGNATURE:

**NATURE OF REQUEST** I need to be brought up to Medical to Put Peroxide in my Ear and Clean it. I can't hear out of the Left Ear. The Same Ear that filled with Blood when I got Shot with a Tazzer, when the City Brought me in. Thank You.

Jeffery Calhoun

**ACTION TAKEN**

---

**INMATE REQUEST FORM**

Date: May 20, 2007
INMATES #: 53064-J-Bo1
To: Docket - Sgt. Davis
C/O SIGNATURE: [signature]
From: Jeffery Calhoun
SR C/O SIGNATURE:

**NATURE OF REQUEST** I need to Speak with a Investigator about, taking some Pictures of evidence or How do I go about Sending the Evidence Loaded With D.N.A. to the Courts in Montgomery, (United States District Court). Thank you!

**ACTION TAKEN**

**INMATE REQUEST FORM**

Date: MAY 30 2007
INMATES #: 53064-J-Pod
To: DOCKET - Sgt. Davis
C/O SIGNATURE: [signature]
From: Jeffery Calhoun
SR C/O SIGNATURE:

**NATURE OF REQUEST** I have a Court-order from Montgomery Fed. to send a copy of Arrest Report, a Copy Photo's Showing Both the Front and Side of my Face, and I need a Written Affidavit from a Officer Explaining why I got knew Polly Chest did, an knew Medical attention Concerning the

**ACTION TAKEN** 4 tasser gun marks on me and I was Coursed with Resist. If I do not get these things, I will have to write and let them Know, you are not Complying to Court-Order. To give me these things for the Criminal Charges, and Lawsuit I've brought against Dothan City Police! Thank you!

---

**INMATE REQUEST FORM**

Date: 6-22-2007
INMATES #: 53064-J-Pod
To: Medical - Mr. Lee
C/O SIGNATURE: [signature]
From: Jeffery Calhoun
SR C/O SIGNATURE:

**NATURE OF REQUEST** I need something for Pain, to last me to Sunday until I See you in Medical my on back and Chest is in Pain Would you please get me something. Thank you.
Jeffery Calhoun

**ACTION TAKEN**

**INMATE REQUEST FORM**

Date: July 1, 2007
To: Medical
From: Jeffery W. Calhoun
INMATES #: 53064-J-Pod
C/O SIGNATURE:
SR C/O SIGNATURE:

NATURE OF REQUEST: The stuff you give me for my back, shoulder and arm. For the nerve damage [illegible] working. It still hurts [illegible]

Jeffery Calhoun

ACTION TAKEN:

---

**INMATE REQUEST FORM**

Date: July 6, 2007
To: M. Jones - Property Officer
From: Jeffery W. Calhoun
INMATES #: 53064-J-Pod
C/O SIGNATURE:
SR C/O SIGNATURE:

NATURE OF REQUEST: I need to take some things out of my Personal Property as Evidence to send to the United States District Court in Montgomery, AL for a lawsuit against the City of Dothan. I have a Court-order!
Thank You!
Jeffery W. Calhoun

ACTION TAKEN:

**INMATE REQUEST FORM**

Date: 10-11-06
INMATES # 53064 - D-Pod
To: Sgts. on Duty
C/O SIGNATURE
From: Jeffery W. Calhoun
SR C/O SIGNATURE

NATURE OF REQUEST: I would like to Speak with the Investigator on my Case. That is located or Part of C.I.D. of The City Police of Dothan.

Jeffery W. Calhoun

ACTION TAKEN

---

Commander - Reed                J-Pod CELL-1

**INMATE REQUEST FORM**

Date: May 12, 2007
INMATES # 53064 - J-Pod CELL-1
To: Commander: Reed
C/O SIGNATURE
From: Jeffery W. Calhoun
SR C/O SIGNATURE

NATURE OF REQUEST: Why is your officers making false-statements about you being in Hawaii, and your not. If they have nothing to hide, Why are they lying. There trying to cover up something!!!
Thank you!
Jeffery W. Calhoun

ACTION TAKEN

# INMATE REQUEST FORM

Date: July 8, 2007

To: Medical - Ashley

From: Jeffery W. Calhoun

INMATES # 53064-J-Pod

C/O SIGNATURE [signature]

SR C/O SIGNATURE

NATURE OF REQUEST: Still having Problem's with My Right Arm, Shoulder, and Back & Chest Area, the Nerve Damage Problem. / I thought you said the Pills were Soposse to Be for 7-Days, but they say - I don't have any!
Thank you.
Jeffery Calhoun

ACTION TAKEN

500 Routh Street
Newellton, La. 71357

Never Tell that Special
Someone how you [illegible].
Because you never know when
they could be gone, and you'll
never get a chance have
ever really had.

— Sensitivity

JEFFERY W. CALHOUN
901 E. MAIN ST. J-POD
DOTHAN, AL 36301

LEGAL MAIL!