IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY W. CALHOUN, #53064, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07CV455-MEF |
| | ) | |
| SGT. WILLIAM BANKS; RAY ARNOLD; | ) | |
| OFFICER CHRISTOPHER WATSON; | ) | |
| OFFICER BRADLEY CAIN; AND, | ) | |
| SGT. DONNY SMITH, | ) | |
| | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Officer Bradley Cain, a [Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

_____          _____
Date                                      (Signature)

                                          JOE E. HERRING, JR.
                                          (Counsel's Name)


                                          Sgt. William Banks; Ray Arnold;
                                          Officer Christopher Watson; Officer
                                          Bradley Cain; and Sgt. Donny Smith
                                          Counsel for (print names of all parties)
                                          P.O. Box 2128
                                          Dothan, Alabama  36302
                                          Address, City, State Zip Code
                                          (334) 615-3130
                                          Telephone Number


## CERTIFICATE OF SERVICE

I, Joe E. Herring, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____ day of January 2008. to:


        Jeffery W. Calhoun #53064 – J-Pod
        Houston County Jail
        901 East Main Street
        Dothan, Alabama  36301

_____          _____
Date                                      Signature