IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFERY W. CALHOUN, #53064,  )
                                                                                       )
     Plaintiff,  )
                                                                                       )
v.  )  CASE NO. 1:07CV455-MEF
                                                                                       )
SGT. WILLIAM BANKS; RAY ARNOLD;  )
OFFICER CHRISTOPHER WATSON;  )
OFFICER BRADLEY CAIN; AND,  )
SGT. DONNY SMITH,  )
                                                                                       )
     Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Sgt. Donny Smith, a [Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

_____          _____
         Date                                   (Signature)

                                   JOE E. HERRING, JR.
                                   (Counsel's Name)


                                   Sgt. William Banks; Ray Arnold;
                                   Officer Christopher Watson; Officer
                                   Bradley Cain; and Sgt. Donny Smith
                                   Counsel for (print names of all parties)
                                   P.O. Box 2128
                                   Dothan, Alabama 36302
                                   Address, City, State Zip Code
                                   (334) 615-3130
                                   Telephone Number

## CERTIFICATE OF SERVICE

I, Joe E. Herring, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of January 2008, to:

   Jeffery W. Calhoun #53064 – J-Pod
   Houston County Jail
   901 East Main Street
   Dothan, Alabama 36301

Jan. 11, 2008                      _____
     Date                                    Signature